UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erickson Productions, Inc.
_____

_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

12 Civ. 1693 PGG ( __ ) ( __ )

**NOTICE OF MOTION**

- against -

Atherton Trust-A Delaware Statutory Trust/
_____
Kraig R. Kast
_____

_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Kraig R. Kast-pro se,
                                                                                       (name)
affirmed on May 16, 20 12, and upon the exhibits attached thereto (delete if no
                (date)
exhibits), the accompanying Memorandum of Law in support of this motion (delete if there is no

Memorandum of Law), and the pleadings herein, plaintiff/defendant will move this Court, before
                                                                  (circle one)
Hon. Paul G. Gardephe, United States District/Magistrate Judge, for an order
      (Judge's name)                                  (circle one)
pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure granting (state what you want the
Judge to order): Rule 12 (b) (3) and 28 U.S.C 1404 (a) please accept my motion to dismiss with prejudice.
I am requesting a change of venue under 28 U.S.C. 1404 (a) to the Central District of California
where both the Plaintiff and Defendant both reside and do business. Please see the attached in support of these
motions.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Valley Center , CA
         (city)        (state)
       May        16     , 20 12
       (month)  (day)      (year)

Signature _____
Address 12155 Vista Terraza Court
Valley Center, CA 92082

Telephone Number 760-751-7027
Fax Number (if you have one) _____

Rev. 05/2007