USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICKSON PRODUCTIONS, INC., and JIM ERICKSON,

*Plaintiff,*

v.

ATHERTON TRUST; KRAIG R. KAST; and ONLY WEBSITES, INC.

*Defendants.*

No. 12-CV-1693-PGG

**ORDER TO SHOW CAUSE**

---

Upon the declaration of Danial A. Nelson, counsel for Plaintiffs, sworn to the 28th day of September, 2012, and upon the Certificate of Default entered by the Clerk of this Court on the 24th day of September, 2012, and hereto annexed, it is hereby

ORDERED, that Defendants ATHERTON TRUST and ONLY WEBSITES, INC. show cause before a motion term of this Court, at Room 6B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on November 13, 2012, at 12:30 o'clock in the after noon thereof, or as soon thereafter as the parties or their counsel may be heard, why an order of default judgment should not be issued against Defendants ATHERTON TRUST and ONLY WEBSITES, INC. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b). Opposition papers, if any, are to be served and filed by October 24, 2012. Any reply will be filed by November 1, 2012. A copy of this order and all supporting papers is to be served by overnight mail on Defendants by October 5, 2012.

So ordered this 3rd day of October, 2012.

New York, New York

_____
Hon. Paul G. Gardephe
United States District Judge