UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/12
```

ERICKSON PRODUCTIONS, INC.,

          Plaintiff

-against-

ATHERTON TRUST ET AL.,

          Defendants.

**ORDER**

12 Civ. 1693 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the hearing in this matter presently scheduled for November 13, 2012 is adjourned to **November 20, 2012 at 12:00 p.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York. Any reply submission by Plaintiff remains due by **November 11, 2012**.

Dated:  New York, New York
         November 5, 2012

                                          SO ORDERED

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge