UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICKSON PRODUCTIONS, INC. and
JIM ERICKSON,

       Plaintiffs,

  -against-

ATHERTON TRUST, KRAIG R. KAST,
and ONLY WEBSITES, INC.

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/12

**ORDER OF DEFAULT**

12 Civ. 1693 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  WHEREAS, on October 3, 2012, the Court issued an Order directing Defendants Atherton Trust and Only Websites, Inc. to show cause why a default judgment should not be entered against them pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiffs have filed proof that Defendants were served with the Order on October 4, 2012.

  WHEREAS Defendant Kraig R. Kast purported to oppose Plaintiffs' motion for default judgment on behalf of Atherton Trust. However, for the reasons stated in open court, Kast's opposition may not be considered as to Atherton Trust. Atherton Trust did not otherwise oppose the default judgment and did not appear at the hearing on Plaintiffs' motion for a default judgment, which the Court scheduled for November 20, 2012.

  WHEREAS Defendant Only Websites, Inc. did not oppose Plaintiffs' motion for a default judgment and did not appear at the November 20, 2012 hearing.

  It is hereby ORDERED that default is entered against Defendants Atherton Trust and Only Websites, Inc. It is further

ORDERED that Plaintiffs shall make a submission to the Court by **December 4, 2012** specifying the relief they seek from Defendants Atherton Trust and Only Websites, Inc. and demonstrating their entitlement to such relief.

The Clerk of the Court is directed not to close this case.

Dated: New York, New York
November 28, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge