UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erickson Productions, Inc.
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Atherton Trust-A Delaware Statutory Trust/
_____

Kraig R. Kast
_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12   Civ. 1693  (PGG)

**AFFIRMATION IN
SUPPORT OF MOTION**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-21-12
```

I, Kraig R. Kast_____, **affirm under penalty of perjury** that:
   (name)

1. I, Kraig R. Kast_____, am the plaintiff/defendant in the above entitled action,
   (name)                           (circle one)
and respectfully move this Court to issue an order Change of Venue under 28 U.S.C. 1404 (a)_____.
                                                   *(state what you want the Judge to order)*

2. The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: Both Defendant and Plaintiff are residents of and do business in the state of California. Additional justification for this motion is contained in the attached.

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Valley Center_____, CA_____   Signature _____
        (city)         (state)         Address 12155 Vista Terraza Court
       May      16   , 20 12           Valley Center, CA 92082
       (month) (day)  (year)           Telephone Number 760-751-7027
                                       Fax Number *(if you have one)* _____

Rev. 05/2007

## TO PLANTIFF AND ITS ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE THAT** *pro se* defendants **Atherton Trust - A Delaware Statutory Trust** and Kraig Kast, former Managing Trustee of Atherton Trust - A Delaware Statutory Trust will move this Court for an order to dismiss for lack of personal jurisdiction pursuant to F.R.C.P. Rule 12(b) (2) and improper venue pursuant to F.R.C.P. Rules 12(b) (3). In the alternative, these pro se defendants will seek an order of this Court to transfer this matter to the Central District of California pursuant to 28 U.S.C. 1404 (a).

This motion is based upon this Notice of Motion, the Memorandum of Points and authorities and supporting declarations filed and served herewith, all matters to which the Court can take judicial notice, and upon the papers, records and pleadings file herein.

Dated May 16, 2012

By:
Atherton Trust-A Delaware Statutory Trust,
pro se defendant
Post Office Box 2637
Rancho Santa Fe, CA 92067
(760)751-7027

Kraig R. Kast, pro se
12155 Vista Terraza Court
Valley Center, CA 92082

1