UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

ERICKSON PRODUCTIONS, INC.,
and JIM ERICKSON,

*Plaintiff,*   Case No. 12-cv-1693-PGG

*v.*

ATHERTON TRUST; and
ONLY WEBSITES, INC.

*Defendants.*

---------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice that attorney for Plaintiff, Kevin P. McCulloch, has moved offices.  Effective immediately, the new address is:

Kevin P. McCulloch
Nelson & McCulloch LLP
155 East 56th Street
New York, New York 10022
Phone: 212-355-6050

I will continue to be counsel of record on the above-entitled case at my new address.

Dated: June 12, 2013
New York, New York

By: _____
Kevin P. McCulloch (KM0530)
NELSON & McCULLOCH LLP
155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178
kmcculloch@nelsonmcculloch.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2013, I electronically transmitted this document to the Clerk's office using the ECF System for filing and served by overnight U.S. Mail to the following parties:

Kraig R. Kast
12155 Vista Terraza Court
Valley Center, CA  92082

Daniel Todd
Only Websites, Inc.
831 East 340 South, Suite 200
American Fork, UT 84003

Dated:  June 12, 2013

By: _____
             Kevin P. McCulloch