```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 24, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICKSON PRODUCTIONS, INC.
and JIM ERICKSON,

                Plaintiffs,

-against-

ATHERTON TRUST, KRAIG R. KAST,
and ONLY WEBSITES, INC.,

                Defendants.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

12 Civ. 1693 (PGG) (KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute:*
  _____
  _____
  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- [ ] Settlement*
- [X] Inquest After Default/ Damages Hearing **(See Dkt. Nos. 18, 21-24)**

- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____
  _____
  All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
       September 24, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge