UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERICKSON PRODUCTIONS, INC. and   :
JIM ERICKSON,                                       :
                                                              :
                            Plaintiffs,              :
                                                              :
                     -against-                      :
                                                              :                    **ORDER**
ATHERTON TRUST, KRAIG R. KAST,   :
and ONLY WEBSITES, INC.,                :                    12 Civ. 1693 (PGG) (KNF)
                                                              :
                            Defendants.            :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____         │
│ DATE FILED: 10/22/13          │
└──────────────────────────────┘
```

On November 28, 2012, the Honorable Paul G. Gardephe granted the plaintiffs' motion

for judgment, by default, against defendants Atherton Trust and Only Websites, Inc.[1]  Thereafter,

on September 24, 2013, Judge Gardephe referred the case to the undersigned for an inquest, in

order to determine the amount of damages, if any, that should be awarded to the plaintiffs.

IT IS HEREBY ORDERED that, on or before November 12, 2013, the plaintiffs shall

prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an

inquest memorandum, accompanied by supporting affidavits and exhibits, setting forth proof of

their damages.  The plaintiffs must serve these documents on Atherton Trust and Only Websites,

Inc. and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before December 3, 2013, Atherton Trust and

Only Websites, Inc. shall prepare and file any opposing memoranda, affidavits and exhibits, as

well as any alternative findings of fact and conclusions of law, and serve the same upon the

plaintiffs.

---

[1]Kraig R. Kast was terminated as a defendant on March 20, 2013.

If a hearing is requested by any party, a date for the hearing shall be fixed by the Court and provided to the parties.  If no request for a hearing is made by any party within 45 days of service of the plaintiffs' inquest submissions, I shall make my decision based solely upon the memoranda and affidavits, without any oral argument.

Dated: New York, New York
       October 22, 2013

SO ORDERED:

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE