Peter C. Dee
Mavronicolas Mueller & Dee LLP
Specially Appearing for Defendant Atherton Trust
950 Third Avenue, 10th Floor
New York, NY 10022
(646) 770-1256
pdee@mavrolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICKSON PRODUCTIONS, INC., et al., | ECF Case |
| | 1:12-cv-01693 (PGG) (KNF) |
| v. | |
| | **Notice of Appearance** |
| ATHERTON TRUST, et al. | |

     **PLEASE TAKE NOTICE** that Peter C. Dee, Esq. of the law firm Mavronicolas Mueller & Dee LLP, 950 Third Avenue, 10th Floor, New York, New York 10022, hereby specially appears in the above-captioned action as attorney for the Specially Appearing Defendant Atherton Trust.

Dated:  New York, New York
         December 3, 2013

                                         /s/ Peter C. Dee
                                         Peter C. Dee
                                         Mavronicolas, Mueller, & Dee, LLP
                                         Specially Appearing for
                                         Defendant Atherton Trust
                                         950 Third Avenue, 10th Floor
                                         New York, NY 10022
                                         (646) 770-1256
                                         pdee@mavrolaw.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 3rd day of December, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/    Peter C. Dee
Peter C. Dee